UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------

Lovos Buenaventura
Reg: 24035-038
Federal Correctional Institution
P.O. Box 6001
Ashland, Ky 41105-6001


Mr. Robert C. Alba, Deputy Clerk.
United States District Court
1 Courthouse Way, Suite 2300
Office Of The Clerk
Boston, MA 02210

November 30, 2004.


RE: Case No. 04-12072-PBS


Dear Mr. Robert C. Alba:

   This is an inquiry to obtain some information with regard of the above styled case. The information I am requesting is as follow:
   On October 5, 2004, a letter was sent to me stating that pursuant to Rule 4(b) of the Rules Governing Section 2255 cases, a copy of the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, was thereby served upon the office of the United States Attorney.
   Also, the same letter stated that, the respondent shall, within 20 days of the receipt of such order, file and answer (or other proper responsive pleading) to the Motion to Vacate, Set Aside or Correct Sentence.
   It is been more than the time period set by such order and up to the present day petitioner has not receive any response from the Respondent. This letter is an inquiry to find out what is the status of this Civil Action case with regard of the resopnse that was due by the United States Attorney, in the above styled case.
   Thank you for the time and effort taken to address this matter, your prompt response is anticipated.

                                          Sincerely,

                                          [signature]